**FREEDOM WATCH**

▶ www.FreedomWatchUSA.org

**Southern Headquarters** 7050 W Palmetto Park Road, Boca Raton, Florida 33433 ▶ (561) 449-0899 ▶ leklayman@gmail.com

VIA CERIFIED MAIL RETURN RECEIPT REQUESTED AND EMAIL

May 12, 2023

**Antitrust Division of the U.S. Department of Justice**
Laura Starling
Acting Chief, FOIA/PA Unit
Antitrust Division
Department of Justice
Liberty Square Building
Suite 1000, 450 5th Street, N.W.
Washington, DC 20530-0001
Phone: (202) 514-2692
Fax: (202) 616-4529
antitrust.foia@usdoj.gov

**Civil Division of the U.S. Department of Justice**
Kenneth Hendricks
Chief, FOIA and Privacy Office
Civil Division
Department of Justice
Room 8314
1100 L Street, NW
Washington, DC 20530-0001
Phone: (202) 514-2319
Fax: (202) 514-7866
Civil.routing.FOIA@usdoj.gov

**Criminal Division of the U.S. Department of Justice**
Christina Butler
Acting Chief, FOIA/PA Unit
Criminal Division
Department of Justice
Room 803, Keeney Building
Washington, DC 20530-0001
crm.foia@usdoj.gov


Re: Freedom of Information Act Requests

Dear FOIA Officers:

Pursuant to the Freedom of Information Act (5 U.S.C. § 552), I request that the above Divisions of the U.S.Department of Justice produce on an expedited basis all correspondence, memoranda, documents, reports, records, statements, audits, lists of names, applications, diskettes, letters, expense logs and receipts, calendar or diary logs, facsimile logs, telephone records, call sheets, tape recordings, video/movie recordings, notes, examinations, opinions, folders, files, books, manuals, pamphlets, forms, drawings, charts, photographs, electronic mail, and other documents and things that refer or relate to the following in any way, within twenty (20) business days: 1.) The reported investigation of President Donald Trump's and/or any of his coporate entities' ties to the Kingdom of Saudi Arabia, the Saudi Public Investment Fund and LIV Golf and 2.) The reported investigation of the alleged anticompetitve practices of the PGA Tour, and others with regard to LIV Golf, as described in the attached articles.

If any responsive record or portion thereof is claimed to be exempt from production under FOIA, sufficient identifying information (with respect to each allegedly exempt record or portion thereof) must be provided to allow the assessment of the propriety of the claimed exemption. Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir 1973), cert denied, 415 U.S. 977 (1974). Additionally any reasonably segregable portion of a responsive record must be provided after redaction of any allegedly exempt material to me, as the law requires. 5 U.S.C. § 552(b).

As Freedom Watch, Inc., is a 501(c)(3) public interest organization which disseminates this and other information of a public interest to the public and the media, it requests a fee waiver for the production of the requested records.  See www.freedomwatchusa.org.

Please comply with this request on an expedited basis.

Sincerely,

Larry Klayman, Esq.
Chairman and General Counsel
Freedom Watch, Inc.

Donald Trump's ties to LIV Golf being investigated by DOJ, per report 5/9/23, 12:08

**GOLF**                                        **Donald Trump**    Add Topic

# Dept. of Justice investigating Donald Trump's ties to LIV Golf amid larger probe, per report



**Adam Woodard**
Golfweek

Published 4:53 p.m. ET May 5, 2023

The United States Department of Justice is ramping up its investigation into how former President Donald Trump has handled classified documents since his time in office ended. But what does that have to do with golf?

According to a New York Times report, amid the larger investigation the DOJ has subpoenaed the Trump Organization for records regarding LIV Golf and President Trump's ties to the upstart circuit financially backed by Saudi Arabia's Public Investment Fund.

In LIV Golf's inaugural season last year, Trump National Bedminster and Trump National Doral both hosted events. The pair of properties will do so again in 2023, as will his resort in Potomac Falls, Virginia, outside of Washington, D.C.

From the report:

*It is unclear what bearing Mr. Trump's relationship with LIV Golf has on the broader investigation, but it suggests that the prosecutors are examining certain elements of Mr. Trump's family business.*

Last year the former president was heavily criticized for hosting LIV Golf just miles from New York City by a group of families of 9/11 victims and survivors.

"I've known these people for a long time in Saudi Arabia, they've been friends of mine for a long time," explained Trump ahead of last year's event at Trump National Bedminster. "They've invested in many American companies, they own big percentages of many, many American companies, and frankly what they're doing for golf is so great."

A New York City native, Trump's comments came just days after families of 9/11 victims and survivors sent a letter to condemn the former president for hosting the Saudi-funded series. The letter expressed their "extreme pain, frustration and anger" and even included a quote from Trump's 2016 comments on the 9/11 terrorist attacks from a segment on Fox & Friends:

" ... Who blew up the World Trade Center? It wasn't the Iraqis - it was Saudi. Take a look at Saudi Arabia. Open the documents. We ought to get Bush or somebody to have the documents opened because frankly, if you open the documents, I think you are going to see it was Saudi Arabia ..."

"The former President correctly speculated in 2016 that Saudi Arabia knocked down the towers and now the FBI has released the documents to prove him right," Brett Eagleson, an advocate for the 9/11 Justice group, told CNN at the time, "yet he is choosing money over America. So much for America First. A sad day."

LIV Golf has long been criticized as a way for the Kingdom to "sportswash" its human rights record. Saudi Arabia has been accused of wide-ranging human rights abuses, including politically motivated killings, torture, forced disappearances and inhumane treatment of prisoners. And members of the royal family and Saudi government were accused of involvement in the murder of Jamal Khashoggi, a Saudi journalist and Washington Post columnist.

The DOJ is also reportedly investigating the PGA Tour for potential antitrust violations against LIV Golf.

Trump National Washington D.C. will host LIV Golf later this month, May 26-28. LIV will then head to Trump National Bedminster, Aug. 11-13, and return to Trump National Doral,

Donald Trump's ties to LIV Golf being investigated by DOJ, per report                                    5/9/23, 12:08

Oct. 20-22. The LIV Golf season ends in King Abdullah Economic City, Saudi Arabia, Nov. 3-5.

SECTIONS  LOG IN

MAY 12, 2023

**RECOMMENDED**

| | Nurse charged with killing six in 130 mph LA horror smash has… | | Homeland Security had pro-life moms as 'radicalization… | | 13… cr… sh… |

**237 Comments**

*NEWS*

# DOJ subpoenas Trump Org for records relating to Trump's ties to LIV

**TRENDING NOW**
ON NYPOST.COM



66,620

5/12/23, 12:07

# Golf

By Victor Nava          May 5, 2023    12:16am    Updated

Federal prosecutors investigating former President Donald Trump's handling of classified documents have subpoenaed his family business for records related to his dealings with LIV Golf, according to a report.

The fledgling Saudi-backed golf tour plans to hold tournaments this year at three properties owned by Trump.

The previously unreported subpoenas were issued to the Trump Organization by prosecutors working for special counsel Jack Smith, who is overseeing multiple federal criminal investigations into the 76-year-old former president, the New York Times reported on Thursday.

It's unclear why prosecutors are interested in Trump's ties to LIV Golf and how the subpoenas fit into the scope of Smith's investigation into how classified records from Trump's days in the White House wound up at the ex-commander-in-chief's



**I gave in to my husband's threesome dream — as his 40th birthday gift**

**Fan captivates onlookers with sexy show in stands: 'The hell with game!'**



WHAT YOU SAW

**Anderson Cooper says CNN viewers 'have every right to never watch this network again' after Trump town hall**

Mar-a-Lago estate.



Former President Donald Trump speaks at his Mar-a-Lago estate Tuesday, April 4, 2023, in Palm Beach, Fla.

AP



The DOJ has reportedly subpoenaed the Trump Organization for information related to the former president's dealings with LIV Golf.

via Getty Images

The subpoenas related to the LIV Golf are part of a flurry of activity from Smith's team in the classified documents probe, according to the report.

Prosecutors have reportedly obtained the

## WHAT TO SHOP NOW

**The New York Post SPF Event is here: Save on Kiehl's, Paula's Choice, and more**

**Dermatologists share the 22 best face moisturizers with SPF for 2023**

**The 18 best mineral sunscreens of 2023, per dermatologists and skin health experts**

DOJ subpoenas Trump Org for records relating to Trump's ties to LIV Golf

confidential cooperation of a Mar-a-Lago insider who has provided investigators with a picture of the storage room at Trump's Palm Beach, Fla., estate where classified material may have been held.

Investigators appear to be interested in the movement of boxes filled with presidential papers at the posh Florida club and why some surveillance footage from Mar-a-Lago appears to be missing.

**15 flower delivery services for Mother's Day that'll have your mom blooming**

**50 best Mother's Day sales to shop in 2023: flowers, jewelry, more**



Three Trump properties will host LIV Golf tournaments in 2023.

DANIEL WILLIAM MCKNIGHT



**NOW ON**

Trump talks with Yasir Al-Rumayyan, governor of Saudi Arabia's Public Investment Fund, during the first round of the Bedminster Invitational LIV Golf tournament in Bedminster, NJ. on July 29, 2022.

AP



Trump Organization COO Matthew Calamari Sr., has been subpoenaed by the special counsel investigating Trump.

Lev Radin/LightRocket/Getty Images

# Page Six



**Jamie Foxx has been 'out of the hospital for weeks' despite ICU claims: daughter**

**Kim Zolciak, Kroy Biermann 'avoiding each other' in shared home amid divorce**

**Sofia Richie and Meghan Markle have the same 'signature scent'**

**SEE ALL ▶**

Mar-a-Lago surveillance footage, which the DOJ issued a subpoena for last year, reportedly captured Trump aide Walt Nauta and another individual moving boxes out of the storage closet.

Some of the footage sought by prosecutors, however, appears to be missing or unavailable, according to the report, leading investigators to subpoena the software company that handles all of the Trump Organization's surveillance cameras.

Matthew Calamari Sr., the executive vice president and chief operating officer of the Trump Organization, and his son, Matthew Calamari Jr.,the director of security for the company, have also been issued subpoenas and reportedly

DOJ subpoenas Trump Org for records relating to Trump's ties to LIV Golf                                      5/02/23, 12:07

testified before the grand jury hearing evidence in
the case on Thursday.



Investigators are reportedly interested in the movement of
boxes at Trump's Palm Beach, Fla., property.

AFP via Getty Images

The New York Times reports that people briefed
on the matter say that nearly every employee at
Mar-a-Lago has been subpoenaed, and that some
have been called back in for questioning by
investigators.

**237**   **What do you think? Post a
comment.**

An individual who had knowledge of Trump's
thinking when he first delivered White House
material to the National Archives has also recently
been subpoenaed, according to the report.

Trump has vehemently denied any wrongdoing
since the FBI's August 2022 raid of his Palm
Beach resort which turned up hundreds of pages

## VIDEO

**Video game-playing sea lion is ready
to be a Navy SEAL**

## NOW ON

# DECIDER

**'The Kelly Clarkson Show' Staffers**

DOJ subpoenas Trump Org for records relating to Trump's ties to LIV Golf                                    5/5/23, 12:07

of classified documents.

Reportedly "Traumatized" by Toxic
Workplace: "Worst Experience I've
Ever Had in My Life"

SEE ALL ▶

FILED UNDER    CLASSIFIED DOCUMENTS,
DONALD TRUMP,    JUSTICE DEPARTMENT,    LIV GOLF,
MAR-A-LAGO,    5/5/23

READ NEXT    **Eight dead in second Serbian
mass shooting in less than 48...**

## SPONSORED STORIES

Women say this is the most

comfortable shoe they have...    ›

**Mario
Lopez:
"Soupin...**

brunchesnc…

**The Helix
Hummingbird
Feeder Is…**

The…

dotmalls.com

**Surprising
Results
After M…**

**Cardiologist:
Too Much
Belly Fat?…**

DOJ investigating President Trump's ties to LIV Golf: report | Fox News
5/5/23, 12:07



Login    Watch TV

| NHL GM 5 FLA LEADS 3-1 | | | MLB | | | MLB | | |
|---|---|---|---|---|---|---|---|---|
| FLA | 4:00PM | | TB | 4:05PM | | PIT | 4:05PM | |
| TOR | TNT | | NYY | MLBN | | BAL | MLBN | |
| FLA +130 | TOR -167 | | TB +145 | NYY -200 | | PIT +125 | BAL -167 | |

**DONALD TRUMP**   ·   **Published** May 5, 2023 6:40pm EDT

# DOJ investigating President Trump's ties to LIV Golf: report

Three of Trump's courses will hold LIV events this year



By **Ryan Morik | Fox News**



**Fox News Flash top sports headlines for May 5**

Fox News Flash top sports headlines are here. Check out what's clicking on Foxnews.com.

Amid the Department of Justice's investigation into former President Donald Trump and classified documents, it is also looking into his ties to the LIV Golf tour.

The DOJ has subpoenaed the Trump Organization for records regarding the relationship between the two parties.

"It is unclear what bearing Mr. Trump's relationship with LIV Golf has on the broader investigation, but it suggests that the prosecutors are examining certain elements of Mr. Trump's family business," The New York Times reports.

**CLICK HERE FOR MORE SPORTS COVERAGE ON FOXNEWS.COM**

DOJ investigating President Trump's ties to LIV Golf: report | Fox News                                    6/12/23, 12:07



**Greg Norman, CEO and commissioner of LIV Golf, left, talks with former President Donald Trump on the first tee during the pro-am prior to the LIV Golf Invitational - Bedminster at Trump National Golf Club Bedminster in Bedminster, New Jersey, on July 28, 2022. (Charles Laberge/LIV Golf via Getty Images)**

Two of Trump's golf courses — Trump National Bedminster in New Jersey and Trump National Doral in Miami — hosted LIV events last year and will do so this year, as will his resort in Potomac Falls, Virginia, outside of Washington, D.C.

It's not yet clear how the subpoenas regarding LIV tie into the probe of Trump and how classified documents were recovered from his Mar-a-Lago estate in Florida.

Trump participated in the LIV pro-am at Bedminster last July, but he received much criticism for hosting the Saudi-backed tour just miles away from Ground Zero.



Former President Donald Trump watches his shot from the first tee during the pro-am prior to the LIV Golf Invitational - Bedminster at Trump National Golf Club Bedminster in Bedminster, New Jersey, on July 28, 2022. (Charles Laberge/LIV Golf via Getty Images)

## PHIL MICKELSON CRITICIZES 'D--K MOVE' BY USGA THAT WILL LEAVE LIV'S TALOR GOOCH OUT OF US OPEN

Families of 9/11 victims ripped Trump for hosting the tournament, but he defended his decision.

"Nobody's gotten to the bottom of 9/11, unfortunately," Trump said at the time. "They should have, as to the maniacs that did that horrible thing to our city, to the country, to the world. So nobody's really been there."

""I've known these people for a long time in Saudi Arabia, they've been friends of mine for a long time. They've invested in many American companies, they own big percentages of many, many American companies, and frankly what they're doing for golf is so great," he also said.

Trump played the pro-am alongside Dustin Johnson, Bryson DeChambeau and Trump's son Eric.



**Former President Donald Trump looks on from the practice range during the pro-am prior to the LIV Golf Invitational - Bedminster at Trump National Golf Club Bedminster in Bedminster, New Jersey, on July 28, 2022.  (Charles Laberge/LIV Golf via Getty Images)**

**CLICK HERE TO GET THE FOX NEWS APP**

Trump has denied any wrongdoing since the FBI raided Mar-a-Lago last August.

DOJ investigating President Trump's ties to LIV Golf: report | Fox News                                    5/02/23, 12:07

## Sponsored Stories

### CD Rates That Can't Be Ignored

CD Rates | Sponsored Listings

### Where Are Immigrants Moving To In The US?

USAFacts

### BMW Offers Major Incentives For Leftover 2022 Inventory

BMW Deals | Search Ads

### Cardiologist: Too Much Belly Fat? Do This Before Bed

healthwatchweb.com

### The Helix Hummingbird Feeder Is Taking California By Storm

dotmalls.com

### A Simple Method to Reduce Neuropathy (Watch)

Health Today News

Recommended by Outbrain|

5/12/23, 12:08

ERTISEMENT          IT   **Privacy Policy** | **Feedback**   [f Follow 22.2M]   Friday, May 12th 2023 **10AM 71°F**   **1PM 79°F**   **5-Day Forecast**   ADVERTISEMENT



| Home | Showbiz | Femail | Royals | Health | Science | Sports | Politics | U.K. | Money | Video | Travel | Shop |

Breaking News   Australia   Video   Russia-Ukraine   China   Debate   Meghan Markle   Prince Harry   King Charles III   Weather   Most read          Login

ADVERTISEMENT

# DOJ is 'investigating Trump's link with Saudi-backed LIV Golf tour' - as it's revealed a Mar-a-Lago employee is helping federal investigators probe if former president hid documents at Florida estate

- Donald Trump hosted the controversial Saudi Arabian LIV golf tour at his Bedminster course in July 2022, and his Doral course in October 2022
- On Thursday the New York Times reported that the Justice Department had issued a subpoena for documents relating to Trump's agreement with the tour
- It is unclear what the subpoenas, sent to the Trump Organization, relate to but the New York Times said it suggested a probe into the family firm

By HARRIET ALEXANDER FOR DAILYMAIL.COM

**PUBLISHED:** 21:08 EDT, 4 May 2023 | **UPDATED:** 22:01 EDT, 4 May 2023

**244** shares          **1.6k** View comments

The Justice Department has subpoenaed the Trump Organization for documents relating to the Saudi-backed LIV golf tour, which **Donald Trump** hosted twice in 2022 and will again host in 2023.

Trump welcomed the tournament to his Bedminster, New Jersey course in July 2022. The tour returned to his properties in October 2022, with a competition at his Doral, Florida course.

Last year's events saw **protests by relatives of the 9/11 victims, angered at Trump's cozying up to the Saudi leadership. In a letter, the group said the decision by Trump to welcome the Saudis brought them 'deep pain and anger' given Saudi Arabia's role in the 2001 attacks.**

○ Site  ○ Web   [                    ]

ADVERTISEMENT



## TOP STORIES

**EXCLUSIVE** **'Shawn and I did have protected sex, but it broke': Woman who claims she had an illegitimate SON with rapper Jay-Z lays bare VERY intimate details**

**Jury in Lori Vallow's murder trial has reached a verdict after deliberating whether cult mom killed her two**

The subpoenaing of the Trump Organization was reported on Thursday by **The New York Times.** It is not clear what the subpoena relates to, but the Times said it suggested investigators were looking into Trump's family business.

It comes as it's revealed a Mar-a-Lago employee is also helping federal investigators probe if the former president hid documents at his Florida estate.

**+6**
View gallery

**Donald Trump is pictured at his Bedminster, New Jersey golf course on July 28, 2022, as the LIV golf tournament was being held**

children for nearly seven hours

Melanie Griffith, 65, displays bruises on hand and face following a spa visit in LA - five years after talking about getting dermabrasion treatment amid skin cancer battle

'Like cowboys from a John Wayne film': Suicidal South Carolina man, 29, who survived being shot NINE TIMES by cops who fired 50 rounds at him and his mother sue...

'F*** you transphobe!' Moment furious hecklers storm out comedian Chrissie Mayr's Dallas show after she joked about trans influencer Dylan Mulvaney not having t...

An industry FIRST! Virtually Try On products used to create stunning celebrity looks WITHOUT leaving this article
SPONSORED

ADVERTISEMENT

Heather Locklear's daughter Ava Sambora gets her master's degree! The child, 25, she shares with Richie Sambora has studied family therapy

Blac Chyna compares old photos of herself to how she looks now after having fillers in her face dissolved as part of her cosmetic surgery cleanse

Papua New Guinea's foreign minister RESIGNS after Daily Mail Australia publishes his daughter's TikToks showing the glam law student doing her make-up and flaun...

Private jet pilot lifts the veil on his incredible life in the skies, revealing the famous people he's flown, how much he

DOJ is 'investigating Trump's link with Saudi-backed LIV Golf tour' | Daily Mail Online

5/11/23, 12:08

▶ earns (it's a lot) and
whether he's ev...

▶ If it weren't for
America, Mexicans
would be eating cat
food out of a can and
living in a tent': GOP
Senator John Kennedy
sparks diplomatic row
'racist' migrant...

ADVERTISEMENT



+6
View gallery

**Trump is seen on May 4 at his golf course in Doonbeg, Ireland**



+6
View gallery

**Trump and his wife are seen with Saudi Arabia's King Salman (2nd L) and Egyptian President Abdel Fattah el-Sisi in May 2017**

▶ 'No one said sir what's
wrong, how can I help
you?' Jordan Neely's
family attorney tells
New Yorkers to offer
HELP to violent and
threatening subway
passengers ...

▶ Jamie Foxx fans fear
for hospitalized star's
condition in wake of
conflicting reports and
limited updates on his
recovery from mystery
illness

▶ Miley Cyrus teases
Jaded music video as
she models a gold
swimsuit in sizzling
snap... after thanking
fans for Flowers hitting
one billion streams

California Reparations
Task Force demands
racial discrimination is
LEGALIZED: Panel
wants state constitution
to be amended so they

LIV golf was founded in 2021, the year after Trump left the White House. In 2023 the LIV tour will be played at Trump's DC course on May 26 to 28. It will return to Bedminster from August 11 to 13, and Doral from October 20 to 22.

Trump has defended his decision to host the Saudi-run tournament, which has

DOJ is 'investigating Trump's link with Saudi-backed LIV Golf tour | Daily Mail Online

5/16/23, 12:08

sharply divided the golfing world.

With their almost unlimited funds, the Saudis are luring some of the best players in the world away from the PGA tour.

Those who go say the PGA has disrespected them. Those who turn down the Saudi cash, like Tiger Woods, say the PGA must be protected as the soul of the sport.

Trump said he had no problem with supporting the breakaway tour, telling the New York Times in October 2022 that Saudi officials are 'good people with unlimited money' and that the U.S. has 'human rights issues here as much as anybody.'

A month later, Trump's company agreed a deal with a Saudi real estate company that is planning a $4 billion project in Oman, including a Trump-branded hotel and golf course.

The government of Oman owns the land where the complex is expected to be built, The New York Times reported, and it is collaborating with Dar Al Arkan, the Saudi firm that signed the contract with the former president.

The Trump Organization declined to say how much they were being paid to host the tournaments.

In a statement, Eric Trump, executive vice president of the Trump Organization, said the organization is 'honored to be hosting three LIV Golf events at our properties' in 2023.

He added: 'What LIV Golf accomplished in their first season was truly remarkable, and we are excited to raise the bar even higher together in 2023.'

+6
View gallery

**Trump receives the Order of Abdulaziz al-Saud medal from King Salman in May 2017 in Riyadh**

▸ can discriminate against othe...

▸ After a transatlantic row over buttering a sandwich, Femail reveals the other American food habits that DO NOT translate in Britain

▸ Her mini me! Ciao House star and NYC chef Alex Guarnaschelli, 53, whips up a meal with look-alike daughter Ava, 15, in preparation for Mother's Day

▸ Florida jury finds McDonald's partially liable after four-year-old girl suffered second-degree burns from piping hot chicken nugget for failing to provide franc...

▸ 'Russia are mentally prepared for defeat': Ukraine retakes territory near Bakhmut as panicking Wagner chief says Zelensky's counter-offensive is 'full steam ahe...

▸ EXCLUSIVE: Soiled diapers and child-size mattresses seen on the floor of 'hell-on-earth' West Virginia house where two-year-old twins were imprisoned by their '...

▸ 'Look at that beast': Massive 60lb snapping turtle dubbed 'Chonkosaurus' is spotted relaxing in Chicago river

+6
View gallery

**Matt Jones of Punch GC plays his shot from the 16th tee during day one of the LIV Golf Invitational at Bedminster, on July 29, 2022**



+6
View gallery

**Trump is seen during the final round of the Bedminster LIV competition on July 31, 2022**

ADVERTISEMENT

▸ Elon Musk announces NBCUniversal exec as new Twitter CEO - and says platform will be 'transformed into X, the everything app' - a month after she convinced him ...

EXCLUSIVE  Mama June reveals how she put aside bitter rift with daughter Anna 'Chickadee' Cardwell to support the 28-year-old as she battles cancer

▸ Losing weight and gaining love! 1000-lb Sisters star Tammy Slaton, 36, is 'dating man 10 YEARS her junior' - just weeks after splitting from husband Caleb

▸ EXCLUSIVE: Russian soldiers will be 'shaking with fear' at the UK's decision to supply Ukraine with Storm Shadow missiles, US colonel says

▸ Woman's body is found inside a freezer at Arby's restaurant in Louisiana by horrified employees

▸ 'World's sexiest volleyball player' Kayla Simmons puts on a VERY busty display in plunging top as she goes sightseeing in Japan

News of the golf tournament subpoena emerged at the same time as reports that prosecutors investigating Trump's handling of classified documents had secured the cooperation of a Mar-a-Lago insider.

The unnamed employee helped the prosecutors learn more about the storage room where the classified documents were kept, The New York Times reported.

DOJ is 'investigating Trump's link with Saudi-backed LIV Golf tour' | Daily Mail Online                                                    5/12/23, 12:08

It is not known when the insider began cooperating, but two people told the paper that nearly everyone who works at Mar-a-Lago has been subpoenaed.

Some staff members have been asked back for further questioning - even if they do not serve in high profile or powerful roles.

Prosecutors have subpoenaed footage from the surveillance cameras from inside Mar-a-Lago, and are asking why some of the footage is missing or unavailable - even subpoenaing the software company that deals with the cameras.

On Thursday both Matthew Calamari Sr., veteran head of security at the Trump Organization and chief operating officer, and his son, Matthew Calamari Jr., corporate director of security, testified before the grand jury.

A spokesperson for Trump called the case, overseen by the special counsel, Jack Smith, 'a targeted, politically motivated witch hunt' that is 'concocted to meddle in an election and prevent the American people from returning him to the White House.'

The spokesperson accused Smith's office of harassing 'anyone who has worked for President Trump'.

They said Smith's inquiry was now being used to target Trump's business.

**Smith's**                                           Valid May 10 - May 16
                                                      **5 Days Left**

**Fake billionaire hedge fund manager is arrested after lying to investors about having 122 luxury cars and Picasso paintings to con $2m from victims**

**Jalen Brunson's New York groove! The $104m man lit up MSG against Miami Heat this week - he has run more miles than ANYONE in the NBA semifinals and left it all...**

**Trouble at CNN towers: Star Anderson Cooper blasts his own network for Trump town hall and says viewers have the right to 'never watch this network again'**

**Eminem's daughter Hailie Jade Mathers gives fans a glimpse into her lavish engagement party with fiancé Evan McClintock**

ADVERTISEMENT

See More

Share or comment on this article: DOJ is 'investigating Trump's link with Saudi-backed LIV Golf tour'

**244**
shares

**I'm a vet - here's what you should do if your dog eats chocolate, and how to tell if it's a serious emergency**

**From THAT steely Grammy's exchange to an awkward car door slam - a lookback at Ben Affleck and Jennifer Lopez's most fraught moments**

DOJ is 'investigating Trump's link with Saudi-backed LIV Golf tour' | Daily Mail Online 5/19/23, 12:08

## Comments 1656
Share what you think

**Add your comment**

| Newest | Oldest | Best rated | Worst rated |

View all

The comments below have not been moderated.

Loading...

View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

▶ Teen Mom star Mackenzie McKee and ex-husband Josh are hit with a lien on their half million dollar family home

▶ 'You're doing the Lord's work!' Former Olive Garden employee goes viral after revealing genius hacks for getting FREE food at the Italian restaurant

▶ 'Target deserves the Bud Light treatment': Retailer faces backlash for promoting trans-friendly slogans on T-shirts for kids and gender-neutral clothing in its ...

▶ William's subtle tribute to Princess Diana: How the Prince of Wales gave a touching nod to his mother at Buckingham Palace garden party

▶ EXCLUSIVE: Border agents ALREADY 'overwhelmed': Republicans say 24,000 guards screening migrants are stretched thin as they start to process 'up to 650,000' in ...

▶ Dramatic moment 5.5 earthquake rocks resort in Northern California, leaving restaurant trashed - with residents jolted awake by second 5.2 quake less than 12 ho...

EXCLUSIVE 'There's too much choice!': Lily James shares her dating frustrations amid romance rumours with Alexa Chung's ex Orson Fry

▶ Revealed: Britney Spears has paid lawyer Mathew Rosengart's law firm 'almost $6 MILLION in legal fees' - causing her team to become 'agitated'

▶ A real page turner! As Jane Fonda, 85, takes on role of blushing bride in Book Club sequel, FEMAIL lays bare her own VERY turbulent love life - from a failed op...

▶ My 10-year family trip from hell: Dad took me out of school and sailed me around the world for a decade to pursue his own dream

▶ I gave my husband a threesome for his 40th birthday: I decided to buy him a vintage watch... but he said that what he really wanted wasn't a good, but a service

Justice Department Is Investigating PGA Tour Over Potential Antitrust Violations in LIV Golf Battle - WSJ

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/pga-tour-antitrust-liv-department-of-justice-investigation-11657557177

◆ WSJ NEWS EXCLUSIVE **GOLF**

# Justice Department Is Investigating PGA Tour Over Potential Antitrust Violations in LIV Golf Battle

The probe shows that the DOJ is watching the PGA Tour's fight to retain players in the face of new competition from the Saudi-backed circuit

*By Louise Radnofsky* [Follow]  *and Andrew Beaton* [Follow]

Updated July 11, 2022 4:28 pm ET



The FedEx Cup Trophy on display during the 2021 Tour Championship golf tournament. PHOTO: ERIK S LESSER/SHUTTERSTOCK

The Department of Justice is investigating whether the PGA Tour engaged in anticompetitive behavior as it battles the upstart, Saudi-backed LIV Gol PGA Tour confirmed to The Wall Street Journal.

Players' agents have received inquiries from the DOJ's antitrust division involving both the PGA Tour's bylaws governing players' participation in oth and the PGA Tour's actions in recent months relating to LIV Golf, according to a person familiar with those inquiries.

The questions send a clear signal that the Justice Department is watching the fight that has divided professional golf, which both sides expect to end u courts at some point. Such an investigation would ordinarily include the subject being instructed to freeze all relevant communications, both internal parties.

A spokesman for the PGA Tour said it was aware of the investigation—and was confident it would prevail. The Department of Justice declined to com

Since the debut of LIV Golf, which is financed by Saudi Arabia's sovereign-wealth fund, the PGA Tour has suspended players who have chosen to parti punishment that LIV has assailed as anticompetitive. Some of those players have opted to resign from the PGA Tour.

The emergence of LIV Golf and the extraordinary money behind it has plunged the sport into tumult and financial upheaval. LIV offers $25 million in p its tournaments—far more than is currently offered on the PGA Tour—in addition to the seemingly massive sums the top pros are receiving for simply

The PGA Tour has responded by upping its purses at select tournaments and creating alternate routes, including new proposed international events, i further line players' pockets. But even the Tour's boss concedes it can't match the Saudis' coffers.

"If this is an arms race and if the only weapons here are dollar bills, the PGA Tour can't compete," PGA Tour commissioner Jay Monahan said in June. Tour, an American institution, can't compete with a foreign monarchy that is spending billions of dollars in [an] attempt to buy the game of golf."

That money could also become part of an antitrust case, said people familiar with LIV Golf's thinking, if LIV Golf were to argue that they had been forc Tour's rules to spend more in order to do business.

This isn't the first federal probe into the PGA Tour's practices. In 1994, the Federal Trade Commission was pursuing two PGA rules—one barring golfe in a non-PGA event without the commissioner's permission, and the other relating to their appearance on televised golf programs. By 1995, the FTC ha

Justice Department is Investigating PGA Tour Over Potential Antitrust Violations in LIV Golf Battle - WSJ                                                                                             6/12/23, 12:05

"This was not unexpected," the PGA Tour spokesman said of the new probe. "We went through this in 1994 and we are confident in a similar outcome."



The PGA Tour's bylaws suggest that players are still not allowed to participate in other televised golf events without the approval of the commissioner.  PHOTO: FRED KFOURY III/ZUMA PRE

The scrutiny over the Tour's policies has typically focused on the areas that were examined back in the mid-1990s—both of which relate to the current LIV. The PGA Tour's bylaws suggest that players are still not allowed to participate in other televised golf events without the approval of the commiss

There is also the set of rules that requires players to request a release to play in tournaments that conflict with PGA Tour events. Players are eligible fo such releases a season, and no such releases are granted for events in North America. When players requested those releases to play in the first LIV ev London last month, they were denied—leading to the suspensions of those who participated nonetheless.

Critics have called those practices anticompetitive. And LIV Golf CEO and commissioner Greg Norman has boasted of bringing "free agency" to golf. A spokeswoman didn't have an immediate comment.

As LIV Golf has tried to woo players, it also raised the possibility of a scenario such as this one. Earlier this year, LIV had sent a letter to players and ag the PGA Tour of monopolistic behavior, writing that if the PGA Tour followed through on banning players who joined LIV that it would "likely cause th government to investigate and punish the PGA Tour's unlawful practices."

"There is simply no recognized justification for banning independent contractor professional golfers for simply contracting to play professional golf," said.

The DOJ's investigation presages what may become a prolonged and multi-pronged legal battle inside professional golf. The LIV Golf circuit, or the pl
the PGA Tour, could bring an antitrust suit in the U.S. The Justice Department could weigh in with a statement of interest in such a case, or keep pursu
action.

PGA Tour commissioner Jay Monahan looks on during the Scottish Open. PHOTO: KEVIN C. COX/GETTY IMAGES

One of the notable developments in that space unfolded just last week when a handful of LIV golfers challenged their suspensions from an event—and
The DP World Tour, also known as the European tour, had suspended LIV players from participating in the Genesis Scottish Open, which it co-sanction
PGA Tour.

But days before the event, a judge hearing the golfers' complaint through a dispute resolution service said those bans should be temporarily enjoined.

LIV Golf—and the money behind it—has generated considerable controversy and tumult inside the sport this year. The circuit has offered record prize
addition to lucrative appearance fees, in order to attract top pros.

Superstar Phil Mickelson faced considerable backlash earlier this year after the publication of comments in which he said he would be willing to do bu
Saudis despite the country's record on human rights, because of his dissatisfaction with how the PGA Tour operates.

Mickelson spent months away from golf following the firestorm. When he re-emerged, it was at LIV's debut event outside London.

He is one of a growing list of big names who have signed on with LIV, including Dustin Johnson, Bryson DeChambeau, Brooks Koepka and Patrick Reed
these players have faced consequences from not just the PGA Tour, which suspended them, but also their own sponsors who have in some instances st

working with them.

Their involvement with the Saudis has also drawn the criticism of activists, including the families of 9/11 victims.

—*Mark Maremont contributed to this article.*

Write to Louise Radnofsky at **louise.radnofsky@wsj.com** and Andrew Beaton at **andrew.beaton@wsj.com**

Dustin Johnson and Phil Mickelson during a LIV Golf event. PHOTO: STEVEN PASTON/ZUMA PRESS

*Appeared in the July 12, 2022, print edition as 'PGA Tour Faces DOJ Inquiry Into Fight With Saudi Rival'.*