UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-81036-CIV-CANNON

**FREEDOM WATCH, INC.**,

    Plaintiff,
v.

**U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION,
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION,** and
**U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION,**

    Defendants.
_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond. **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.**

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of July 2023.

                                        **AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record