UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-81036-CIV-CANNON

**FREEDOM WATCH, INC.**,

    Plaintiff,

v.

**U.S. DEPARTMENT OF JUSTICE ANTITRUST DIVISION,
U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION,** and
**U.S. DEPARTMENT OF JUSTICE CRIMINAL DIVISION,**

    Defendants.
_____/

## ORDER REQUIRING CORPORATE PLAINTIFF TO OBTAIN COUNSEL

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. The docket in this matter reflects that counsel for Plaintiff, Larry Elliot Klayman, has been suspended from the practice of law in the Southern District of Florida as of July 22, 2023. Plaintiff is an artificial entity that is not permitted to appear pro se, *see e.g., Palazzo v Gulf Coil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

Accordingly, it is **ORDERED and ADJUDGED** that Plaintiff Freedom Watch, Inc. must obtain counsel eligible to practice before the Court. **Plaintiff must do so on or before August 14, 2023,** via the filing of a proper Notice of Appearance on the docket. **Failure to comply with this Order may result in sanctions, including dismissal of this action.**

CASE NO. 23-81036-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of July 2023.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record