UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-81036-CIV-CANNON

**FREEDOM WATCH, INC.**,

    Plaintiff,
v.

**U.S. DEPARTMENT OF JUSTICE ANTITRUST DIVISION,
U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION,** and
**U.S. DEPARTMENT OF JUSTICE CRIMINAL DIVISION,**

    Defendants.
_____/

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On July 27, 2023, the Court entered an Order Requiring Corporate Plaintiff to Obtain Counsel [ECF No. 5]. That Order instructed Plaintiff to obtain counsel eligible to practice before the Court on or before August 14, 2023; the Court warned Plaintiff that failure to timely comply with the Order may result in dismissal of the case [ECF No. 5 p. 1]. As of today's date, August 16, 2023, Plaintiff has not obtained counsel eligible to practice before the Court or requested additional time to do so.

A district court may dismiss a case, on its own initiative, if a plaintiff abandons its prosecution of the suit. *Compare* Fed. R. Civ. P. 41(b), *with Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link*, 370 U.S. at 630–31.

CASE NO. 23-81036-CIV-CANNON

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED**.

2. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 16th day of August 2023.

_____<br>
**AILEEN M. CANNON**<br>
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record